BEFORE THE FIRST DIVISION, FEBRUARY 13, 1963

**No. 67428.**—Unit Venetian Blind Supply Corp. *v.* United States, protest 59/3546 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.